UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAR 17 2025 PM 1:49
FILED - USDC - BPT - CT

Randall Clark,

Plaintiff,

v.                                      Case No: 3:25-cv-00302-SFR

32 Sports Inc., et al.,


## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff, Randall Clark, respectfully moves this Honorable Court for leave to proceed *in forma pauperis* in the above-captioned case pursuant to 28 U.S.C. § 1915, as I am unable to pay the required filing fees and court costs due to financial hardship.

On February 13, 2025, Plaintiff filed a Motion to Proceed In Forma Pauperis in the United States Federal District Court for the District of Massachusetts (Boston Federal Court) before the case was transferred. See Docket No. 2. or Exhibit 1.

Plaintiff now requests that this Court accept and grant my motion to proceed *in forma pauperis* in the District of Connecticut, as I remain financially unable to pay the necessary court fees.

Plaintiff has attached the required Affidavit in Support of Motion to Proceed In Forma Pauperis (Exhibit 2) , which details my financial condition and inability to pay the filing fee.

WHEREFORE,

PDF processed with CutePDF evaluation edition www.CutePDF.com

Plaintiff respectfully requests that this Court grant my Motion to Proceed *In Forma Pauperis* and allow this case to proceed without prepayment of fees or costs. Plaintiff is a Prose litigant and has studied the Federal Rules of Civil Procedure and will not be a burden to the courts.

Respectfully submitted,                                      March 8, 2025

Randall Clark

122 Sharon Street

Medford, Ma 02155

rjcconsolidate@gmail.com

508-371-5287

# Exhibit 1

## FEBRUARY 13, 2025

## Motion to Proceed In Forma Pauperis

# Exhibit 2

Affidavit in Support of Motion to
Proceed In Forma Pauperis

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Randall Clark,

Plaintiff,

v.                                    Case No: 3:25-cv-00302-SFR

32 Sports Inc., et al.,


**AFFIDAVIT IN SUPPORT OF MOTION TO**

**PROCEED IN FORMA PAUPERIS**

I, **Randall Clark**, being duly sworn, depose and state under penalty of perjury as follows:

1. I am the **Plaintiff** in the above-captioned matter and submit this affidavit in support of my **Motion to Proceed In Forma Pauperis** pursuant to **28 U.S.C. § 1915**.

2. I am **unable to pay the filing fee** and associated court costs due to my current financial situation.

3. As stated in my **Application to Proceed In Forma Pauperis**, I am employed, but my income is insufficient to cover my necessary living expenses while also paying the court fees. My **gross weekly income is $1,008.00**, and my **take-home pay is $876.00 per week**.

4. I have **no cash savings** and **no assets** such as real estate, stocks, or bonds that could be liquidated to pay the filing fee.

5. My **monthly expenses include**:

    o  **Rent**: $1,800.00

5

- o  **Daughter's college tuition**: $420.00 per month

- o  **Transportation**: $90.00 per week

- o  **Phone bill**: $95.00 per month

- o  **Clothing & laundry**: $40.00 per week

- o  **Food**: $120.00 per week

6. I provide financial support to my **three children**, who are my dependents:

- o  **Nevaeh Jalice Clark**

- o  **Jeramiah Randall Clark**

- o  **Caliah Katherine Clark**

7. Additionally, I am responsible for paying:

- o  **Howard University tuition for Nevaeh Jalice Clark**: $14,000 per year

- o  **Life insurance policy for my children**: $1,800 per year

- o  **Family cell phone plan (Metro/T-Mobile)**: $1,140 per year

8. Due to these financial obligations, I cannot afford to pay the required court filing fees without causing undue hardship to myself and my dependents.

9. I previously filed a **Motion to Proceed In Forma Pauperis** with the **Boston Federal Court** on **February 13, 2025** (See **Docket No. 2 / Exhibit 1**). I now respectfully request that this Court grant my motion and allow me to proceed without prepaying fees in this case.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,                                    March 8, 2025
Randall Clark

122 Sharon Street

Medford, Ma 02155

rjcconsolidate@gmail.com

508-371-5287

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| RANDALL CLARK | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| 32 SPORTS INC. et al | ) | |
| _Defendant_ | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

I am employed but I cannot afford to pay the fee right now as

My gross pay or wages are: $ _____ 1,008.00 _____ , and my take-home pay or wages are: $ _____ 876.00 _____ per

(specify pay period) _____ weekly _____ .

3. _Other Income._ In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment     ☐ Yes     ☑ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☐ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☐ No
(e) Gifts, or inheritances                             ☐ Yes     ☐ No
(f) Any other sources                                  ☐ Yes     ☐ No

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
no

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Rent $1800.00
Daughters College tuition $420.00 per month equals
Transportation $ 90.00 a week
phone $95.00 per month
clothes / laundry $40.00 per week
food $120 a week

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Nevaeh Jalice Clark
Jeramiah Randall Clark
Caliah Katherine Clark

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Howard University College  Nevaeh Jalice Clark year Tuition is $14000 per year, Life Insurance Policy for Nevaeh Jalice Clark, Jeramiah Randall Clark, Caliah Katherine Clark is $1800.00 per year , Family cell phone phone plan $1140.00 per year Metro / T-Mobile .

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 02/12/2015

_____
Applicant's signature

Randall  Clark
*Printed name*

FROM:

RANDALL J CLARK

122 SHARON ST

MEDFORD, MA 02155

TO: CLERK

BRIEN McM

UNITED S

915 LAFAYE

BridgePo

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 1034 0456 68

Utility Mailer
10 1/2" x 16"