UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAR 18 2025 PM 2:57
FILED-USDC-CT-HARTFORD

| | |
|---|---|
| RANDALL CLARK,<br><br>Plaintiff,<br><br>v.<br><br>32 SPORTS INC et al.<br><br>Defendant. | CASE NO: 3:25-cv-00302-SFR<br><br>JURY DEMAND |

**MOTION TO FILE MANUALLY A FLASH DRIVE CONTAINING VIDEO EXHIBITS**

NOW COMES the Plaintiff, Randall Clark, Pro Se, and respectfully moves this Honorable Court for leave to manually file the original and one courtesy copy for chambers of a flash drive containing video exhibits, in accordance with the Court's directive noted on the docket entry of March 11, 2025, stating:

"We received your manual filing referenced in the Notice of Manual Filing re 4 Flashdrive containing video exhibits. Pursuant to our CMECF Policies and Procedures Manual, parties shall manually file with the Clerk's Office the original, plus one courtesy copy for chambers."

1

In compliance with the Court's instruction and the CMECF Policies and Procedures Manual, Plaintiff has manually filed with the Clerk's Office the original flash drive containing video exhibits, along with one courtesy copy for chambers.

**WHEREFORE**, Plaintiff respectfully requests that this Court acknowledge the manual filing and deem the three flash drive containing video exhibits as properly filed.

Respectfully submitted,

**Randall Clark**

**/s/ Randall Clark**

**122 Sharon Street**

**Medford, Ma 02155**

Rjcconsolidate@gmail.com

508-371-5287