## NOTICE TO THE COURT REGARDING STATE CRIMINAL PROCEEDINGS

OCT 20 2025 PM 4:20
FILED-USDC-CT-NEW HAVEN

Plaintiff Randall Clark respectfully submits this Notice to clarify the status of the related state court criminal matter referenced in the Magistrate Judge's Recommended Ruling dated June 12, 2025

magistrate recommendation

1. On or about August 28, 2025, Plaintiff was accepted into the Connecticut Superior Court's **Accelerated Rehabilitation (AR) Program** in *State v. Clark, K10K-CR24-0380156-S.*
2. Under the terms of the AR Program, Plaintiff's charges will be dismissed if he remains arrest-free and in compliance for **90 days from August 28, 2025** approximate date **November 25, 2025.**
3. Accordingly, the state criminal case is **no longer pending in the ordinary course of prosecution**. Instead, it is being held in abeyance pursuant to the AR Program, with dismissal anticipated in **November 2025,** provided Plaintiff successfully completes the program conditions.
4. This notice is submitted so the Court has an accurate understanding of the current procedural posture of the state case, as it relates to any pending or stayed claims in this matter Plaintiff ask the court for clarification now that the related state court criminal has been settled and the plaintiff case was accepted in the **Accelerated Rehabilitation (AR) Program** and the Police can now be added to the complaint

Respectfully submitted,

Date: September 22, 2025

**/s/ Randall Clark**
Randall Clark

FROM:
RANDALL S. CLARK
122 SHARON ST
MEDFORD, MA 02155

**CERTIFIED MAIL**
9589 0710 5270 2624 1570 82




Retail
U.S. POSTAGE PAID
FCM LG ENV
MEDFORD, MA 02155
SEP 24, 2025
06510
RDC 99
$7.47
S2324N501928-02

TO:
UNITED STATES DISTRICT COURT
141 CHURCH STREET
NEW HAVEN, CONNECTICUT
06510

Utility Mailer
10 1/2" x 16"

