MAY 4 2026 PM2:35
FILED-USDC-CT-NEW_HAVEN

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RANDALL CLARK,<br><br>      Plaintiff,<br><br>v.<br><br>MATT LAWRENCE<br><br>JAMES LAWRENCE<br><br>32 SPORTS.INC<br><br>DUSTIN HIBBERT<br><br><br><br>      Defendant. | Civil Action No. 3:25-cv-302 (SFR) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

## AND TO LIFT STAY

Plaintiff Randall Clark respectfully moves this Court for an Order:

(1) Granting leave to file the attached Amended Verified Complaint; and

(2) Lifting any stay in this matter so that this case may proceed.

In support of this Motion, Plaintiff states as follows:

## I. BACKGROUND

1

1. This action was filed and referred for initial review pursuant to 28 U.S.C. § 1915.

2. On June 12, 2025, the Magistrate Judge issued a Recommended Ruling addressing Plaintiff's claims.

3. The Recommended Ruling permitted certain claims to proceed, dismissed others, and identified pleading deficiencies, some with leave to amend.

4. The Recommended Ruling also dismissed all claims against the Groton Police Department and addressed claims involving law enforcement defendants.

5. At the time of the Recommended Ruling, Plaintiff's related state criminal matter remained pending, which affected the viability and timing of certain claims.

## II. CHANGED CIRCUMSTANCES

6. Plaintiff's related state criminal case has now been fully resolved.

7. Plaintiff successfully completed the Connecticut Accelerated Rehabilitation ("AR") Program.

8. The criminal charges were dismissed, and the matter terminated without any conviction or finding of guilt.

9. As a result, the circumstances that previously affected the timing and viability of certain claims have materially changed.

10. These developments eliminate any basis for prior stay or prematurity concerns identified in the Recommended Ruling.

## III. PROPOSED AMENDED COMPLAINT

11. Plaintiff seeks leave to file the attached Amended Verified Complaint (Exhibit A).

12. The proposed Amended Complaint:

- Conforms to the Court's Recommended Ruling;
- Removes defendants against whom claims were dismissed or are not presently pursued;
- Refines and clarifies the factual allegations;
- Pleads viable state law claims against the remaining defendants; and
- Proceeds under diversity jurisdiction.

13. Plaintiff has voluntarily omitted the following defendants at this stage:

- Town of Groton
- Groton Police Department
- Officer Andrew Collins
- Officer Potter

14. Plaintiff proceeds at this time solely against the following defendants:

- 32 Sports, Inc.
- Matt Lawrence
- James Lawrence
- Dustin Hibbert
- Damon Hibbert

15. Plaintiff reserves the right to seek leave to amend to add additional defendants, including law enforcement personnel, if warranted by facts developed through discovery.

## IV. LEGAL STANDARD

16. Under Federal Rule of Civil Procedure 15(a)(2), leave to amend should be freely given when justice so requires.

17. Leave to amend is particularly appropriate where a pro se litigant seeks to cure deficiencies identified by the Court during initial review.

18. The proposed amendment is made in good faith, is not futile, and will facilitate resolution of this case on the merits.

## V. REQUEST TO LIFT STAY

19. The Recommended Ruling contemplated that certain claims were affected by the pendency of Plaintiff's underlying criminal case.

20. Because the criminal case has now been fully resolved, there is no longer any basis to maintain a stay.

21. Plaintiff respectfully requests that the Court lift any stay and allow this matter to proceed.

## VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiff Randall Clark respectfully requests that this Court:

1. Grant leave to file the Amended Verified Complaint attached as Exhibit A;

2. Lift any stay previously imposed in this action;

3. Permit this matter to proceed to service and litigation on the merits; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Randall Clark   /s/ Randall Clark

122 Sharon Street, Apt. # G01                          Dated: April 21, 2026

Medford, MA 02155

508-371-5287

Rjcconsolidate@gmail.com

4

# VERIFICATION

I, Randall Clark, hereby declare under the pains and penalties of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,                                        April 21, 2026

Randall Clark /s/ Randall Clark

122 Sharon Street Apt #. G01

Medford, Ma 02155

508-371-5287

Rjcconsolidate@gmail.com