UNITED STATES DISTRICT COURT    **MAY 18 2026 PM 1:42**
DISTRICT OF CONNECTICUT      **FILED-USDC-CT-New Haven**

RANDALL CLARK,

Plaintiff,

v.                                                Civil Action No. 3:25-cv-00302 (SFR)

32 SPORTS, INC., et al.,

Defendants.

## PLAINTIFF'S NOTICE FOR CLARIFICATION OF PROCEDURAL
## STATUS AND NEXT STEPS

Plaintiff Randall Clark, proceeding pro se, respectfully submits this Notice seeking clarification regarding the procedural status of this case and the next procedural steps.

1.  Plaintiff understands that, because he is proceeding in forma pauperis, this case remains subject to initial review under 28 U.S.C. § 1915(e)(2).

2.  Plaintiff further understands that no summons has issued and that no defendants have been served at this time.

3.  On May 4, 2026, Plaintiff filed a Motion for Leave to File an Amended Complaint and Motion to Lift Stay (ECF No. 25).

4.  The docket reflects a response deadline of May 26, 2026; however, because no defendants have appeared or been served, Plaintiff seeks clarification as to whether any action is required by Plaintiff in connection with that entry .

5. Plaintiff respectfully requests clarification from the Court regarding:

a. Whether the Court will rule on the pending motions as part of the § 1915 initial review process;

b. Whether Plaintiff is required to take any further action at this time; and

c. The anticipated next procedural step if the Court grants the pending motions.

Plaintiff submits this Notice in good faith to ensure compliance with Court procedures and to avoid unnecessary or improper filings.

Respectfully submitted,

Randall Clark  /s/ Randall Clark

122 Sharon Street

Medford, MA 02155

508-371-5287

Pro Se Plaintiff