# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

450 Main Street
Hartford, CT 06103
Phone: 860.240.3200
Fax: 860.240.3211

141 Church Street
New Haven, CT 06510
Phone: 203.773.2140
Fax: 203.773.2334

915 Lafayette Boulevard
Bridgeport, CT 06604
Phone: 203.579.5861
Fax: 203.579.5867

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michael Bozek**
Division Manager, Hartford

**Michelle Rynne**
Operations Analytics Manager and
Courthouse Construction Liaison

July 8, 2026

Randall Clark
122 Sharon Street
Medford, MA 02155

Case Name: Clark v. 32 Sports Inc et al

Your application to proceed in forma pauperis has been approved. Your complaint has been assigned to Judge **Sarah F. Russell** with case number **3:25-cv-00302-SFR**. Included with this letter are copies of all the standard intake orders entered in the case. All future filings, including your response to this notice, should be sent to the Office of the Clerk in **New Haven**. Please indicate the name of your case, case number, original signature, and your address on all filings.

To expedite service of the complaint by the U.S. Marshal's Service, you must complete the enclosed forms. You must include the names and addresses for each defendant to be served and return them to the proper clerk's office. Further instructions are detailed on page two. If one of the defendants in your complaint does not fit within one of the categories mentioned, you must review Rule 4 of the Federal Rules of Civil Procedure for information about the service requirement for that party.

Your prompt response will ensure efficient service of your complaint.

Dinah Milton Kinney, Clerk