**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Randall Clark | COURT CASE NUMBER<br>3:25-cv-00302-SFR |
| DEFENDANT<br>32 Sports Inc et al | TYPE OF PROCESS<br>Waiver and Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Matt Lawrence
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**73 Union St, Manchester, CT, 06042-1901**

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Randall Clark<br>122 Sharon Street<br>Medford, MA 02155 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

IFP GRANTED

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | **508-371-5287** | **August 13, 2026** |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | [signature] | 10/1/26 |

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 10/6/26 | 9:48 | ☒ am ☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| | [signature] | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
served by certified/registered mail

U.S. MARSHALS
SEP 29 2026
DISTRICT OF CT

Form USM-285
Rev. 03/21

FedEx

November 03, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 878097570995

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 73 UNION STnull |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | MANCHESTER, CT, 06042 |
| | | **Delivery date:** | Oct 6, 2026 09:48 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 878097570995 | **Ship Date:** | Oct 5, 2026 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Matt Lawrence,
73 Union St.
MANCHESTER, CT, US, 06042

**Shipper:**
USMS, United States Marshals Service
141 church street
Mezzanine
New Haven, CT, US, 06510

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

9

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Randall Clark | COURT CASE NUMBER: 3:25-cv-00302-SFR |
| DEFENDANT: 32 Sports Inc et al | TYPE OF PROCESS: Waiver and Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: James Lawrence
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: **73 Union Street, Manchester, CT 06042-1901**

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 1 |
| Randall Clark<br>122 Sharon Street<br>Medford, MA 02155 | Number of parties to be served in this case: 5 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

IFP GRANTED

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | **508-371-5287** | **August 13, 2026** |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | [signature] | 10/1/26 |

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 10/6/26 | 9:48 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Served by certified/registered

U.S. MARSHALS
SEP 29 2026
DISTRICT OF CT

Form USM-285
Rev. 03/21

FedEx

November 03, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 878101630340

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 73 UNION STnull |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | MANCHESTER, CT, 06042 |
| | | **Delivery date:** | Oct 6, 2026 09:48 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 878101630340 | **Ship Date:** | Oct 5, 2026 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
James Lawrence,
73 Union St.
MANCHESTER, CT, US, 06042

**Shipper:**
USMS, United States Marshals Service
141 church street
Mezzanine
New Haven, CT, US, 06510

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

3

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Randall Clark | COURT CASE NUMBER<br>3:25-cv-00302-SFR |
| DEFENDANT<br>32 Sports Inc et al | TYPE OF PROCESS<br>Waiver and Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**32 Sports Inc.**
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**Registered Agent: LEGALCORP SOLUTIONS, LLC., 30 Old Kings Highway South 1st Floor, Suite 302,Darien,CT**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Randall Clark<br>122 Sharon Street<br>Medford, MA 02155 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

IFP GRANTED

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | **508-371-5287** | **August 13, 2026** |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | [signature] | 10/1/26 |

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Signed for by L. Reiss | 10/7/26 | 15:44 | ☐ am ☒ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| | [signature] | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
served by certified/registered mail.

U.S. MARSHALS
SEP 29 2026
DISTRICT OF CT

Form USM-285
Rev. 03/21

FedEx

November 03, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 878101878512

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | L.Reiss | **Delivery Location:** | 30 OLD KINGS HWY SFL 1 |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | DARIEN, CT, 06820 |
| | | **Delivery date:** | Oct 7, 2026 15:44 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 878101878512 | **Ship Date:** | Oct 5, 2026 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
32 Sports Inc.,
30 Old Kings Highway South
1st Fl.
DARIEN, CT, US, 06820

**Shipper:**
USMS, United States Marshals Service
141 church street
Mezzanine
New Haven, CT, US, 06510

